**ORIGINAL**

DOCKET No. 17 M 8611        DEFENDANT Ch. Ding Patrick Ho

AUSA Thomas McKay        DEF.'S COUNSEL Edward Kim / Paul Krieger
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☒ DEFENDANT WAIVES PRETRIAL REPORT

☒ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
DATE OF ARREST _____ ☐ VOL. SURR.
TIME OF ARREST _____ ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT _____

**BAIL DISPOSITION**

☒ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE SEP. ORDER / ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB ☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- Govt for post[hearing?]

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED           ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 12/20/17   ☒ ON DEFENDANT'S CONSENT

DATE: 11-20-17

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2